**Entered on Docket
August 06, 2010**

_____
**Hon. Mike K. Nakagawa
United States Bankruptcy Judge**
_____

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

U.S. Bank National Association, as trustee, on behalf of the holders of the Home Equity Asset Trust 2006-5 Home Equity Pass-Through Certificates, Series 2006-5
10-72388

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | Bk Case No.: 10-19901-mkn |
| John M. Dunn and Michelle R. Dunn | Date: 7/21/2010<br>Time: 1:30 pm |
| Debtors. | Chapter 7 |

### ORDER VACATING AUTOMATIC STAY

1. IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to Secured Creditor U.S. Bank National Association, as trustee, on behalf of the holders of the Home Equity Asset Trust 2006-5 Home Equity Pass-Through Certificates, Series 2006-5, its assignees and/or successors in interest, of the subject property, generally described as 6898 Broadacres Ranch St, Las Vegas, NV 89148.

Submitted by:

**WILDE & ASSOCIATES**

By:_____ #10099
**Gregory L. Wilde, Esq.**
Attorney for Secured Creditor

**APPROVED / DISAPPROVED**

By:_____
Pro Se
Attorney for Debtor(s)

**APPROVED / DISAPPROVED**

By:_____
David A. Rosenberg
Chapter 7 Trustee

1  In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):
2  ____    The court waived the requirements of LR 9021.
   ____    No parties appeared or filed written objections, and there is no trustee appointed in the case.
3  ____    No parties appeared or filed written objections, and the trustee is the movant.
   _x_    This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a
4         copy of this proposed order to all counsel who appeared at the hearing, and any trustee
          appointed in this case, any unrepresented parties who appeared at the hearing, and each has
5         approved or disapproved the order, or failed to respond, as indicated below:
6
   Debtor's counsel:
7  ____ approved the form of this order          ____ disapproved the form of this order
   ____ waived the right to review the order and/or   _x_ failed to respond to the document
8  ____ appeared at the hearing, waived the right to review the order
9  ____ matter unopposed, did not appear at the hearing, waived the right to review the order
   Trustee:
10 ____ approved the form of this order          ____ disapproved the form of this order
   ____ waived the right to review the order and/or   _x_ failed to respond to the document
11
12
          ____ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all
13        counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented
          parties who appeared at the hearing, and each has approved or disapproved the order, or failed to
14        respond, as indicated below.
15
   Debtor's counsel:
16 ____ approved the form of this order          ____ disapproved the form of this order
   ____ waived the right to review the order and/or   ____ failed to respond to the document
17 ____ appeared at the hearing, waived the right to review the order
18 ____ matter unopposed, did not appear at the hearing, waived the right to review the order
19 Trustee:
20 ____ approved the form of this order          ____ disapproved the form of this order
   ____ waived the right to review the order and/or   ____ failed to respond to the document
21
22 ____ I certify that I have served a copy of this order with the motion, and no parties appeared or filed
          written objection.
23
24 Submitted by:
   /s/ Gregory L. Wilde, Esq.
25 Gregory L. Wilde, Esq.
   Attorney for Secured Creditor
26